UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
ERNESTO DARQUEA,                                               :
                                                               :
                Plaintiff,                                  :
                                                               :   Civil Action No. 7:06-cv-00722-
           v.                                           :   CLB (Consolidated)
                                                               :
JARDEN CORP., et al.,                                          :
                                                               :
                Defendants.                                 :
                                                               :
-------------------------------------------------------------- x

      PLEASE TAKE NOTICE that upon (i) the accompanying Affidavit of Eilish M. Cahalan, sworn to on October 20, 2006, and the exhibits annexed thereto; (ii) the Memorandum of Law in Support of Defendants' Motion to Dismiss; and (iii) all prior pleadings, Defendants will move this Court on January 12, 2007, before the Honorable Charles L. Brieant, United States Courthouse, 300 Quarropas Street, Room 218, White Plains, New York 10601, for an Order (i) dismissing the complaint in its entirety pursuant to Rule 12(b) of the Federal Rules of Civil Procedure; and (ii) granting such additional relief as the Court deems just and proper.

Dated:     October 20, 2006
           New York, New York

                                            WILLKIE FARR & GALLAGHER LLP

                                            By: /s/ Stephen Greiner
                                                Stephen Greiner (SG-4287)

                                            787 Seventh Avenue
                                            New York, New York 10019
                                            (212) 728-8000

                                            Attorneys for Defendants

TO:

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
Samuel H. Rudman, Esq.
58 South Service Road, Suite 200
Melville, NY 11747

SCHRIFFRIN & BARROWAY, LLP
Katharine M. Ryan, Esq.
Karen E. Reilly, Esq.
280 King of Prussia Road
Radnor, PA 19087

Co-Lead Counsel for Plaintiffs

SULLIVAN, WARD, ASHER & PATTON, P.C.
Cynthia J. Billings, Esq.
25800 Northwest Highway
1000 Maccabees Center
Southfield, MI 48075-1000

SCHRECK BRIGNONE
Andrew S. Brignone, Esq.
300 S. Fourth Street, Suite 1100
Las Vegas, NV 89101

Additional Counsel for Plaintiffs