UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                       :

ERNESTO DARQUEA,

                                       :     Civil Action No. 7:06-cv-00722-CLB

                         Plaintiff,          (Consolidated)

                                         :

                      v.

                                         :

JARDEN CORP., et al.,

                                       :

                          Defendants.

-------------------------------------------------------------x

STATE OF NEW YORK    )
                            ) ss.
COUNTY OF NEW YORK  )

        EILISH M. CAHALAN, being duly sworn, deposes and says:

        1.    I am an attorney admitted to the Bar of this Court and am associated with Willkie Farr & Gallagher LLP, counsel to Defendants.  I make this affidavit in support of Defendants' October 20, 2006 motion to dismiss the Consolidated Class Action Complaint.

        2.    Attached as Exhibit A is a true and correct copy of the Consolidated Class Action Complaint, dated August 25, 2006.

        3.    Attached as Exhibit B is a true and correct copy of the Form 8-K of Jarden Corporation and Exhibit 99.1 thereto, filed January 17, 2006.

        4.    Attached as Exhibit C is a true and correct copy of a transcript, titled Jarden Corporation Provides Update on Fourth Quarter Business Results-Final, dated January 12, 2006.

5.　　Attached as Exhibit D is a true and correct copy of the Amended Restricted Stock Agreement at Exhibit 10.8 of Form 10-Q of Jarden Corporation, filed August 9, 2005.

6.　　Attached as Exhibit E is a true and correct copy of the Form 8-K of Jarden Corporation and Exhibit 99.1 thereto, filed October 27, 2005.

7.　　Attached as Exhibit F is a true and correct copy of the Form 8-K of Jarden Corporation and Exhibit 99.1 thereto, filed June 29, 2005.

8.　　Attached as Exhibit G is a true and correct copy of the Class Action Complaint in Darquea v. Jarden Corp, et al., dated January 30, 2006.

9.　　Attached as Exhibit H is a true and correct copy of an excerpt from Form 14A Definitive Proxy Statement, filed May 9, 2005.

10.　　Attached as Exhibit I are true and correct copy an excerpt from Form 14A Definitive Proxy Statement, filed April 19, 2006.

11.　　Attached as Exhibit J is a true and correct copy of a press release titled Jarden Corporation Executive Officers Adopt 10b5-1 Plans, dated July 8, 2005.

12.　　Attached as Exhibit K is a true and correct copy of a Form 8-K of Jarden Corporation, filed November 1, 2002.

_____
EILISH CAHALAN

Sworn to and subscribed before me
this 20 day of October, 2006

_____
NOTARY PUBLIC

DAMARIS ROSARIO
Notary Public, State of New York
No. 01RO4635453
Qualified in Orange County
Certificate Filed in New York County
Commission Expires Feb. 28, 2007

- 2 -