```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
ERNESTO DARQUEA,                     :   Civil Action No. 1:06-cv-00722 (RPP)
                                     :   **(Consolidated)**
                  Plaintiff,         :
                                     :   <u>CLASS ACTION</u>
     vs.                             :
                                     :
JARDEN CORP., et al.,                :
                                     :
                  Defendants.        :
                                     :
------------------------------------ x

[~~PROPOSED~~] ORDER AWARDING CO-LEAD COUNSEL'S ATTORNEYS' FEES AND
EXPENSES AND REIMBURSEMENT OF LEAD PLAINTIFFS' TIME AND EXPENSES

This matter having come before the Court on May 18, 2009, on the motion of Co-Lead Counsel for an award of attorneys' fees and expenses incurred in the action, and for reimbursement of Lead Plaintiffs' time and expenses, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated January 20, 2009 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Co-Lead Counsel attorneys' fees of 25% of the Settlement Fund, plus litigation expenses in the amount of $125,618.65, together with the interest earned on both amounts for the same time period and at the same rate as that earned on the Settlement Fund until paid, pursuant to 15 U.S.C. §78u-4(a)(6). The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The fees and expenses shall be allocated among Plaintiffs' Counsel in a manner which, in plaintiffs' Co-Lead Counsel's good-faith judgment, reflects each such counsel's contribution to the institution, prosecution and resolution of the action.

5.  The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to plaintiffs' Co-Lead Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶6.1 thereof which terms, conditions and obligations are incorporated herein.

6.  Pursuant to 15 U.S.C. §78u-4(a)(4), Lead Plaintiff Imperial County Employees' Retirement System is hereby awarded $6,147.86 and Lead Plaintiff City of Pontiac Policeman's and Firemen's Retirement System is hereby awarded $1,192.50 for reimbursement of costs and expenses (including lost wages) directly related to their representation of the Class.

IT IS SO ORDERED.

DATED: May 18 2009

THE HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE

S:\Settlement\Jarden.set\ORD FEES 00059343.doc

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2009, I submitted the foregoing to orders and judgments@nysd.uscourts.gov and e-mailed to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 8, 2009.

                s/ Robert M. Rothman
                ROBERT M. ROTHMAN

                COUGHLIN STOIA GELLER
                    RUDMAN & ROBBINS LLP
                58 South Service Road, Suite 200
                Melville, NY  11747
                Telephone:  631/367-7100
                631/367-1173 (fax)

                E-mail: rrothman@csgrr.com

Manual Service List
*Darquea v. Jarden Corp., et al.*
Civil Action No. 1:06-cv-00722 (RPP)

Andrew S. Brignone
Brownstein Hyatt Farber & Schreck, P.C.
300 South Fourth Street, Suite 1200
Las Vegas, NV 89101

Cynthia J. Billings
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075