UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09

---------------------------------------- x
ERNESTO DARQUEA,                         :  Civil Action No. 1:06-cv-00722 (RPP)
                                         :  **(Consolidated)**
            Plaintiff,                   :
                                         :  <u>CLASS ACTION</u>
    vs.                                  :
                                         :
JARDEN CORP., et al.,                    :
                                         :
            Defendants.                  :
---------------------------------------- x

# [PROPOSED] ORDER APPROVING PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS

THIS MATTER having come before the Court on Lead Plaintiffs' motion for approval of the plan of allocation ("Plan of Allocation" or "Plan of Distribution") of the net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated January 20, 2009 (the "Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members advising them of the Plan of Distribution and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Class Members to be heard with respect to the Plan of Distribution.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Class Members, with due consideration having been given to administrative convenience and necessity.

4. The Court hereby finds and concludes that the Plan of Distribution set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Distribution.

IT IS SO ORDERED.

DATED: May 18, 2009

THE HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE

S:\Settlement\Jarden.set\ORD ALLOCATION 00059345.doc

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2009, I submitted the foregoing to orders and judgments@nysd.uscourts.gov and e-mailed to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 8, 2009.

                                      s/ Robert M. Rothman
                                      ROBERT M. ROTHMAN

                                      COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                      58 South Service Road, Suite 200
                                      Melville, NY  11747
                                      Telephone: 631/367-7100
                                      631/367-1173 (fax)

                                      E-mail: rrothman@csgrr.com

## Manual Service List
*Darquea v. Jarden Corp., et al.*
Civil Action No. 1:06-cv-00722 (RPP)

Andrew S. Brignone
Brownstein Hyatt Farber & Schreck, P.C.
300 South Fourth Street, Suite 1200
Las Vegas, NV 89101

Cynthia J. Billings
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075